IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANICE McLEOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:08-CV-670-WKW |
| ) | |
| ANDY R. HUGHES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 16), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 15th day of December, 2008.

                                                    /s/   W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE